UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

SAM A. ADAMS and ERIKA M. ADAMS,

Debtors.

---

SAM A. ADAMS; ERIKA M. ADAMS; and HOLLYSTONE HOLDINGS, INC.,

Plaintiffs,

v.

CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE PLLP, et al.,

Defendants.

C18-1237 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Report and Recommendation of U.S. Bankruptcy Judge Marc Barreca, docket no. 1-1 at 88-89, is ADOPTED and APPROVED, and plaintiffs' unopposed motion for withdrawal of reference, docket no. 1-1 at 23-27, is GRANTED. Defendants have indicated that they might seek to enforce an arbitration clause contained in the engagement letter between plaintiffs and defendants, *see* Defs.' Resp. (docket no. 1-1 at 81-82), and the Court concludes that judicial efficiency will not be served by referring pretrial matters, including the arbitrability of the claims at issue, to the Bankruptcy Court. The adversary action will therefore be conducted in a single proceeding in the district court. *See In re Zinkova*, 2012 WL 1865701 (W.D. Wash. May 21, 2012).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 2